IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.2:15-cv-2202-SD |
| | ) | (consolidated with 2:14-cv-6569-SD) |
| ONE PALMETTO STATE ARMORY | ) | |
| PA-15 MACHINEGUN RECEIVER/FRAME) | | |
| UNKNOWN CALIBER, SERIAL NUMBER ) | | |
| LW001804, Defendant | ) | |
| | ) | |
| And | ) | |
| | ) | |
| WATSON FAMILY GUN TRUST, | ) | |
| Claimant | ) | |
| | ) | |

---

## NOTICE OF APPEAL

---

PLEASE TAKE NOTICE that Plaintiff Ryan S. Watson Individually and as Trustee of the

Watson Family Gun Trust, by and through undersigned counsel, hereby appeals to the United

States Court of Appeals for the Third Circuit from the Court's Opinion and Order entered July 22,

2015 [ECF Nos. 6, 7].

Dated: August 1, 2015.

Respectfully submitted,

_/s/ Stephen D. Stamboulieh_____
STEPHEN D. STAMBOULIEH
ATTORNEY FOR PLAINTIFF

**Of Counsel:**

David R. Scott
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342

(610) 358-9600
PA Bar No. 313491

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
Admitted Pro Hac Vice

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 971-0414
alan.alexander.beck@gmail.com
Admitted Pro Hac Vice

<u>**CERTIFICATE OF SERVICE**</u>

I, Stephen D. Stamboulieh, hereby certify that the above Notice of Appeal has been filed

electronically with the Clerk of this Court, which sends notification of such filing to all counsel of

record in this case.

<u>**/s/ Stephen D. Stamboulieh**</u>
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
Admitted Pro Hac Vice