IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ONE PALMETTO STATE ARMORY | : | NO. 15-2202 |
| PA-15 MACHINEGUN RECEIVER/FRAME, | : | (consolidated) |
| UNKNOWN CALIBER, SERIAL NUMBER | : | |
| LW001804, defendant | : | |
| And | : | |
| WATSON FAMILY GUN TRUST, claimant | : | |

ORDER

AND NOW, this 22nd day of July, 2015, upon consideration of defendants Loretta Lynch and Thomas E. Brandon's (collectively, "the Government") motion to dismiss, or in the alternative, motion for summary judgment (docket entry # 10) and plaintiff Watson's response thereto, it is hereby ORDERED that:

1. Defendants' motion for leave to file a reply is GRANTED;

2. Plaintiff's motion for leave to file a surreply is GRANTED;

3. Defendants' motion to dismiss or, in the alternative, for summary judgment is GRANTED IN PART and DENIED IN PART;

4. Defendants' motion to dismiss Watson's Second Amendment and Commerce Clause claims for lack of subject matter jurisdiction is DENIED;

5. Defendants' motion to dismiss Watson's complaint pursuant to 12(b)(6) is GRANTED; and

6. By noon on August 10, 2015, the parties shall FILE any motions, not to exceed

ten pages, in the forfeiture action concerning the disposition of the Palmetto State Armory PA-15 machine gun receiver/frame.

                    BY THE COURT:

                    __/s/ Stewart Dalzell, J.__
                    Stewart Dalzell, J.