UNITED STATES OF AMERICA

v.

ONE (1) PALMETTO STATE ARMORY PA-15 MACHINEGUN RECEIVER/FRAME,
UNKNOWN CALIBER SERIAL NUMBER: LW001804;
WATSON FAMILY GUN TRUST, Claimant

    (D.C. No 15-cv-02202)

RYAN S. WATSON, Individually and as Trustee of the Watson Family Gun Trust

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA; DIRECTOR BUREAU OF
ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

    (D.C. No 14-cv-06569)

        Ryan S. Watson, Individually and as Trustee of the Watson Family Gun Trust
                Appellant