UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-2859**

United States v. One (1) Palmetto State Armory PA-15 Machinegun Receiver/Frame
Watson v. Attorney General
(E.D. Pa. Nos. 2-15-cv-02202 & 2-14-cv-06569)

**ORDER**

Appellant seeks review of the District Court's order and opinion entered July 22, 2015. The order appealed is not final within the meaning of 28 U.S.C. § 1291 and is not otherwise appealable at this time. It appears that the forfeiture portion of the consolidated proceedings is still ongoing. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: August 10, 2015
OM/cc: All Counsel of Record