# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Watson v. Lynch, et al (consolidated with USA v. One Palmetto State Armory PA 1, et al

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 2:15cv2202; 2:14cv6569
Date proceedings initiated in D.C.: November 14, 2014
Date Notice of Appeal filed: August 1, 2015
USCA No.: 15-2859

## COUNSEL ON APPEAL

**Appellant(s)**: Ryan S. Watson, Individually and as Trustee of the Watson Family Gun Trust
Name of Counsel: Stephen D. Stamboulieh
Name of Party(ies): Ryan S. Watson, Individually and as Trustee of Watson Family Gun Trust
Address: P.O. Box 4008, Madison, MS 39130
Telephone No.: 601-852-3440
Fax No.:
E-mail: stephen@sdslaw.us

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: DOJ -
Name of Party(ies): Attorney General Loretta Lynch
Address:
Telephone No.:
Fax No.:
E-mail:

Name of Counsel: DOJ -
Name of Party(ies): Thomas E. Brandon, ATF
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal? Yes ☐ No ☑
Appeals Docket No.:

Was there a previous appeal in case? Yes ☐ No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? Yes ✔  No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
   Yes ✔  No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: Hollis v. Lynch et al.;
D.C. Docket No.: 3:14-cv-03872
Court or Agency: US District Court Northern District of Texas Dallas Division
Docket Number: not yet appealed
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify: _____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify: _____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify: _____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify: _____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify: _____
✔ OTHER Specify: Constitutional

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 10 day of August, 2015

Signature of Counsel: _____