# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: USA, et al. v. One Palmetto State Armory PA 1, et al

USCA NO.: 15-2859

LOWER COURT or AGENCY and DOCKET NUMBER:
Eastern District of Pennsylvania; 2:15cv02202; 2:14cv06569

NAME OF JUDGE: The Honorable Stewart Dalzell

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

1) Plaintiff Ryan S. Watson, as trustee of the Watson Family Gun Trust, filed a Form 1 with the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) to manufacture a machinegun as trusts are not prohibited under the plain language of 18 USC 922(o) from possessing machineguns. ATF approved the Form 1, Plaintiff made the machinegun, and then ATF unilaterally revoked the Form 1. 2) Appellant is Ryan S. Watson, Individually and as Trustee of Watson Family Gun Trust, Appellees are Attorney General Lynch and Acting Director of the ATF, Thomas Brandon. 3) Declaration that 18 USC 922(o) and 26 USC 5801 are unconstitutional or unconstitutional as-applied to Plaintiff/Appellant. Injunctive relief enjoining Defendants/Appellees from enforcing those provisions. Declaration that 18 USC 922(o) does not prohibit trusts from manufacturing machineguns under the plain language of 18 USC 922(o). 4) District Court dismissed Plaintiff/Appellant's Complaint.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.
July 22, 2015 Opinion (attached)
July 22, 2015 Order (attached)
August 6, 2015 Order staying case pending appeal (attached)

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

After the government initiated forfeiture proceedings against Plaintiff/Appellant's lawfully manufactured machinegun, counsel for Plaintiff/Appellant consolidated Watson v. Lynch, et al (2:14cv06569) with the forfeiture action USA v. One Palmetto State Armory (2:15cv02202). An opinion and order was entered completely dismissing Plaintiff/Appellant's Complaint in toto, but the forfeiture action still remained. The parties to the forfeiture action agreed to stay the forfeiture pending appeal of the district court's dismissal of the Complaint in Watson v. Lynch and an order was entered by the court on August 6, 2015 (attached).

Identify the issues to be raised on appeal:

Machineguns are regulated under the National Firearms Act and machineguns manufactured after May 19, 1986 are generally banned for non-governmental entities under the Gun Control Act (18 USC 922(o)). The issues presented are whether the district court erred in dismissing Plaintiff/Appellant's claims under the Second Amendment; dismissing Plaintiff/Appellant's claim under the Equal Protection Clause; and dismissing Plaintiff/Appellant's challenge to the National Firearms Act.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this __10__ day of __August__, 20__15__.

_____
Signature of Counsel

Rev. 07/2015