IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ONE PALMETTO STATE ARMORY | : | NO. 15-2202 |
| PA-15 MACHINEGUN RECEIVER/FRAME, | : | (consolidated with No. 14-6569) |
| UNKNOWN CALIBER, SERIAL NUMBER | : | |
| LW001804, defendant | : | |
| And | : | |
| WATSON FAMILY GUN TRUST, claimant | : | |

## ORDER

AND NOW, this 6th day of August, 2015, upon consideration of the parties' joint motion for stay of the forfeiture proceedings pending appeal of our July 22, 2015 Memorandum and Order, and the Court finding that:

(a) In our July 22, 2015 Order, we ordered the parties to file any motions in the forfeiture action concerning the disposition of the Palmetto State Armory PA-15 machinegun receiver/frame by noon on August 10, 2015;

(b) On August 1, 2015, the Watson Family Gun Trust ("Claimant") filed its Notice of Appeal to the Third Circuit Court of Appeals of our Order;

(c) The parties also agreed that the forfeiture action should be stayed pending resolution of the appeal and stipulate that the United States of America is entitled to forfeit the machinegun at issue if our July 22, 2015 Memorandum and Order are affirmed and Claimant will withdraw the Verified Claim of Interest filed on May 25, 2015 and the Answer to the Complaint filed on June 12, 2015 and cease to contest the forfeiture, Mot. at 2; and

(d) The United States of America stipulates that its agency, the Bureau of Alcohol, Tobacco, Firearms and Explosives, will continue to preserve the machinegun at issue pursuant to

our January 26, 2015 Order pending resolution of the appeal and further Order of this Court, <u>id.</u>;

It is hereby ORDERED that the forfeiture action against one Palmetto State Armory PA-15 machinegun receiver/frame is STAYED pending the resolution of the appeal of our July 22, 2015 Memorandum and Order.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>