# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-2859

United States of America, et al vs. One Palmetto State Armory, et al

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

United States of America; Attorney General of the United States of America; Director of the Bureau of Alcohol Tobacco Firearms & Explosives

Indicate the party's role IN THIS COURT (check <u>only</u> one):

| | | |
|---|---|---|
| ☐ Petitioner(s) | ☐ Appellant(s) | ☐ Intervenor (s) |
| ☐ Respondent(s) | ☑ Appellee(s) | ☐ Amicus Curiae |

(Type or Print) Counsel's Name: **Patrick G. Nemeroff**
Mr.   Ms.   Mrs.   Miss

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave., NW, Room 7217

City, State, Zip Code: Washington DC 20530

Phone: (202) 305-8727     Fax: (202) 514-8151

Primary E-Mail Address (required): patrick.g.nemeroff@usdoj.gov
Additional E-Mail Address (1):
Additional E-Mail Address (2):

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. ***YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.***

**SIGNATURE OF COUNSEL:** s/ Patrick G. Nemeroff

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***
This entry of appearance must be served on all parties.

REV. 10/23/09