IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ONE PALMETTO STATE ARMORY | : | NO. 15-2202 |
| PA-15 MACHINEGUN RECEIVER/FRAME, | : | (consolidated with No. 14-6569) |
| UNKNOWN CALIBER, SERIAL NUMBER | : | |
| LW001804, defendant | : | |
| And | : | |
| WATSON FAMILY GUN TRUST, claimant | : | |

## JUDGMENT

AND NOW, this 13th day of August, 2015, in accordance with the accompanying Order and our July 22, 2015 Memorandum and Order in Civil Action 14-6569 granting defendants Loretta Lynch and Thomas E. Brandon's (collectively, "the Government") motion to dismiss plaintiff Watson's complaint in that action, JUDGMENT IS ENTERED in Civil Action 14-6569 in favor of Loretta Lynch and Thomas E. Brandon and against Ryan S. Watson, individually and as Trustee for the Watson Family Gun Trust.

BY THE COURT:

\_\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.

EXHIBIT "B"