# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

UNITED STATES OF AMERICA,

v.

ONE (1) PALMETTO STATE ARMORY PA-15 MACHINEGUN RECEIVER/FRAME, UNKNOWN CALIBER SERIAL NUMBER: LW001804, et al.,

    Claimants,

and

RYAN S. WATSON,

    Plaintiff – Appellant,

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA, et al.,

    Defendants - Appellees.

No. 15-2859

## RESPONSE

On August 10, 2015, this Court issued an order noting that the district court's order appealed in this case was not final within the meaning of 28 U.S.C. § 1291, and directing the parties to address the issue. The government agrees with the appellant

that, in light of the district court's entry of a partial final judgment pursuant to Fed. R. Civ. P. 54(b), the appealed order is now final. The government does not object to treating appellant's otherwise premature notice of appeal as an appeal from the now final judgment.

Respectfully submitted,

MICHAEL S. RAAB
/s/ Patrick G. Nemeroff
PATRICK G. NEMEROFF
   (202) 305-8727
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7217*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., N.W.*
   *Washington, D.C. 20530*

AUGUST 2015

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

     s/ *Patrick G. Nemeroff*

    PATRICK G. NEMEROFF