UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **15-2859**


United States v. One (1) Palmetto State Armory PA-15 Machinegun Receiver/Frame
Watson v. Attorney General
(E.D. Pa. Nos. 2-15-cv-02202 & 2-14-cv-06569)


**ORDER**


The above-captioned appeal will not be listed for dismissal at this time. All responses filed by the parties regarding the jurisdictional issue are referred to the merits panel. This does not in any way signify that a determination of jurisdiction has been made. Only the Court can make such a decision. The parties are directed to address this Court's jurisdiction in their briefs.


For the Court,

 s/ Marcia M. Waldron
Clerk


Dated:          September 15, 2015
tyw/cc:        Stephen D. Stamboulieh, Esq.
                    Michael S. Raab, Esq.
                    Patrick Nemeroff, Esq.
                    David r. Scott, Esq.
                    Daniel Riess, Esq.