# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 15-2859

UNITED STATES OF AMERICA,
Appellee,

v.

ONE PALMETTO STATE ARMORY
PA-15 MACHINEGUN RECEIVER/FRAME
UNKNOWN CALIBER, SERIAL NUMBER
LW001804, Defendant,

And

WATSON FAMILY GUN TRUST,
Appellant/Claimant.

———————————

Appeal from the United States District Court
For the Eastern District of Pennsylvania
D. Ct. Civil No. 2:15-cv-02202 (consolidated with 2:14-cv-06569)
(The Honorable Judge Stewart Dalzell)

———————————

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440

Counsel for Appellant/Claimant

October 6th, 2015

COMES NOW, Appellant/Claimant Ryan S. Watson Individually and as Trustee of the Watson Family Gun Trust ("Mr. Watson") by and through undersigned counsel, and hereby files this its First Request for Extension of Time to File the Brief of the Appellant/Claimant

Pursuant to L.A.R. 31.4, "A party's first request for an extension of time to file a brief must set forth good cause." Undersigned counsel has a brief due in the Fifth Circuit Court of Appeals, currently due on October 26, 2015 in the case styled *Jay Aubrey Isaac Hollis, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust v. Loretta E. Lynch, Attorney General of the United States; Thomas E. Brandon, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Case No. 15-10803.

Counsel for Appellant/Claimant, Mr. Watson, did not receive the briefing schedule in the instant matter until October 6, 2015, and the briefing schedule does not reflect that counsel was copied on same. Counsel did receive the Order filed on the same date as the briefing schedule, September 15, 2015, and that Order lists counsel as "cc," but for an unknown reason, the briefing schedule does not list counsel for Appellant/Claimant as "cc" and undersigned counsel did not receive the briefing schedule. After undersigned counsel reviewed the docket to determine if anything else had been filed, undersigned counsel noticed that the briefing schedule was filed on September 15, 2015.

Due to the complexity of the briefing in this case and that undersigned counsel was not copied on the briefing schedule, Appellant/Claimant requests an additional amount of time to file his brief, up to and including December 2, 2015[1]. Counsel for Appellant/Claimant notified counsel for the government of the oversight and that Appellant/Claimant would request an additional number of days in which to file his brief. Counsel for the government responded that there was no objection to the requested extension. This request is not interposed for delay or harassment, but because the briefing schedule was not received by counsel until October 6, 2015, and undersigned counsel has a brief due that same day in the Fifth Circuit Court of Appeals.

Appellant/Claimant respectfully requests this Court extend the time for Appellant/Claimant to file his brief until December 2, 2015 and certifies that this is the first request for such an enlargement of time.

This, the  6th  day of October, 2015.

                                          Respectfully submitted,

                                           /s/ Stephen D. Stamboulieh
                                          STEPHEN D. STAMBOULIEH
                                          ATTORNEY FOR APPELLANT/CLAIMANT

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130

---

[1] This additional time is due to the Thanksgiving holidays the week of November 25-27, 2015.

(601) 852-3440
stephen@sdslaw.us

# **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that on October 6th, 2015, a true and correct copy of the foregoing document was served on all parties to this appeal, via CM/ECF, pursuant to the Third Circuit Rule 25.1(b), because counsel for all parties are Filing Users who will be served electronically by the Notice of Docket Activity.

This, the _6th_ day of October, 2015.

**/s/ Stephen D. Stamboulieh**
Stephen D. Stamboulieh