| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



February 10, 2016

Alan A. Beck Esq.
Jordan Eth Esq.
James R McGuire
Patrick Nemeroff Esq.
Robert J. Olson Esq.
Michael S. Raab Esq.
Adam M. Regoli Esq.
Stephen D. Stamboulieh Esq.

RE: USA, et al v. One Palmetto State Armory PA 1, et al
Case Number: 15-2859
District Case Number: 2-15-cv-02202
District Case Number: 2-14-cv-06569

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Tuesday, April 5, 2016 in PHILADELPHIA, PA.** It may become necessary for the panel to move this case to another day within the **week of April 4, 2016.** Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk


By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905