UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-2859

United States, et al. vs. One Palmetto State Armory, et al.

Calendar Date 4/5/2016    Location Philadelphia

ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Patrick G. Nemeroff

Designation of Arguing Counsel: Patrick G. Nemeroff

Member of the Bar: ☐ Yes   ☑ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

United States

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)