OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 3, 2016

Alan A. Beck, Esq.
Jordan Eth, Esq.
James R McGuire
Patrick Nemeroff, Esq.
Robert J. Olson, Esq.
Michael S. Raab, Esq.
Adam M. Regoli, Esq.
Stephen D. Stamboulieh, Esq.

RE: USA, et al v. One Palmetto State Armory PA 1, et al
Case Number: 15-2859
District Case Number: 2-15-cv-02202
District Case Number: 2-14-cv-06569

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Monday, April 04, 2016**.  Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 A.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom,** **(19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

RE: USA, et al v. One Palmetto State Armory PA 1, et al
Case Number: 15-2859
District Case Number: 2-15-cv-02202
District Case Number: 2-14-cv-06569

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **AMBRO, KRAUSE, Circuit Judges and THOMPSON, District Judge**