# ⓈStambouliehLaw, PLLC

P.O. Box 4008, Madison, MS 39130 | (601) 852-3440 | stephen@sdslaw.us

March 9, 2016

Ms. Marcia M. Waldron, Clerk
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    **Re:** USA, et al v. One Palmetto State Armory PA 1, et al; No. 15-2859; Citation of Supplemental Authorities pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure

Dear Ms. Waldron:

    Mr. Watson submits this supplemental letter under Fed. R. App. P. 28(j) and L.A.R. 112.8(g) regarding additional new authority.

    In a written response to a Freedom of Information Act request to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATFE"), the BATFE released current numbers for lawfully registered, pre-May 19, 1986 machineguns registered in the National Firearms Registration and Transfer Record ("NFRTR").[1] These machineguns can be lawfully owned by non-governmental entities. The numbers disclosed by the BATFE are as follows:

        Restricted 922(o)    297,667

        Sales Samples    17,020

        Pre-May 19, 1986    175,977

    This number further bolsters Mr. Watson's argument that there are many thousands of machineguns possessed by private individuals. *See* Appellant's Opening Brief at p. 7. As the number of pre-May 19, 1986 machineguns have (allegedly) been frozen since 922(o) was enacted, this further demonstrates Mr. Watson's argument, and prior BATFE Director Stephen E. Higgins' testimony, about registered machineguns not being a "law enforcement problem." *Id.* at p. 38

---

[1] Attached hereto.

This new information further evidences that between Director Higgins' testimony in 1984 and the ban two years later, 91,351 machineguns were placed on the NFRTR that are legal to own by non-governmental entities. *Id.* at p. 39. The Restricted 922(o) firearms are machineguns made by a Special Occupational Taxpayer ("SOT") after May 19, 1986, and are restricted to licensees, police departments or other governmental entities. This does not typically include machineguns possessed by the federal government. Sales Samples are machineguns imported between 1968 and pre-May 19, 1986 used by SOTs for demonstration and can be kept by the SOT after it turns in its license.

Additionally, this authority provides a numerical value for the number of machineguns currently lawfully registered and lawfully possessed for lawful purposes by law abiding citizens. *Id.* at pp. 46-50.

> Yours very truly,
>
> /s/ Stephen D. Stamboulieh
> Stephen D. Stamboulieh

cc: All counsel of record (by the Court's electronic filing system)