

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

www.atf.gov

February 24, 2016

REFER TO: 2016-0003 / AP-2015-05939

Mr. Jeffrey E. Folloder
NFATCA
20603 Big Wells Drive
Katy, TX 77449

Dear Mr. Folloder:

This is in response to your request for information that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) initially withheld, pursuant to the reasons stated in our August 25, 2015 correspondence. By letter dated September 16, 2015, you appealed our decision to withhold the information requested to the Office of Information Policy (OIP). By letter dated December 9, 2015, OIP remanded the case for further processing. Your request has been assigned number 2016-0003. Please refer to this number on any future correspondence.

The following information corresponds to your request for an exact count of transferrable pre 86 machineguns, post May 86 machineguns, and sale sample machineguns, registered in the National Firearms Registration Transfer Record System (NFRTR).

| | |
|---|---|
| Restricted 922(o) | 297,667 |
| Sales Samples | 17,020 |
| Pre 86 | 175,977 |

Please note that ATF utilizes customized Standard Query Language (SQL) to collect information from system databases. In the instant case, an SQL query may not capture all methods in which the requested information has been manually entered into system data fields. Thus, while each individual record is accurate, there is an inherent albeit wholly unintentional margin of error as to the aggregate statistical information requested.

Sincerely,

*Stephanie M. Boucher*

Stephanie M. Boucher
Chief, Disclosure Division