

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W., Rm. 7217
Washington, D.C. 20530-0001

MBS:MSR:PNemeroff

Tel: (202) 305-8727

March 15, 2016

Office of the Clerk
Clerk, United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. One Palmetto State Armory*, No. 15-2859

    Plaintiff filed as a supplemental authority a response by the Bureau of Alcohol, Tobacco, Firearms and Explosives to a Freedom of Information Act request for the number of registered machine guns in the United States. That number has no bearing on the conclusion of the Supreme Court and courts of appeals that machine guns are especially dangerous weapons not designed for use by law-abiding citizens for lawful purposes and therefore not subject to Second Amendment protection. *See* Gov't Br. 13-15 (collecting cases).

    In any event, ATF's response confirms that machine guns represent a small fraction of the hundreds of millions of privately owned firearms in the United States. Approximately 300,000 machine guns are registered to state and local governments, or to licensed gun manufacturers and dealers, pursuant to section 922(o)(2)(A)'s exception for firearms owned "by or under the authority of, the United States or any department or agency thereof or a State, or a department, agency, or political subdivision thereof." Fewer than 200,000 machine guns are privately owned, pursuant to section 922(o)(2)(B)'s exception for firearms that were lawfully possessed before 1986. Congress's decision not to ban private ownership of such heirloom weapons does not diminish the compelling interests served by its prohibition on newly acquired machine guns. *See NRA v. ATF*, 700 F.3d 185, 211 (5th Cir. 2012) (noting that "a statute is not invalid under the Constitution because it might have gone farther than it did" and "a legislature need not strike at all evils at the same time" (quoting *Buckley v. Valeo*, 424 U.S. 1, 105 (1976))).

Sincerely,

*s/ Patrick G. Nemeroff*

PATRICK G. NEMEROFF
U.S. Department of Justice
Appellate Staff, Civil Division

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                            *s/ Patrick G. Nemeroff*
                                            PATRICK G. NEMEROFF