OFFICE OF THE CLERK

MARCIA M. WALDRON

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 18, 2016

Alan A. Beck
2692 Harcourt Drive
San Diego, CA 92123

Jordan Eth
Morrison & Foerster
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

James R McGuire
Morrison & Foerster
425 Market Street
34th Floor
San Francisco, CA 94105

Patrick Nemeroff
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Room 7217
Washington, DC 20530

Robert J. Olson
William J. Olson
370 Maple Avenue West
Suite 4
Vienna, VA 22180

Michael S. Raab
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Room 7237
Washington, DC 20530

Adam M. Regoli
Morrison & Foerster
370 17th Street
Suite 4200
Denver, CO 80202

Stephen D. Stamboulieh
P.O. Box 4008
Madison, MS 39130

RE: USA, et al v. One Palmetto State Armory PA 1, et al
Case Number: 15-2859
District Case Number: 2-15-cv-02202
District Case Number: 2-14-cv-06569

ENTRY OF JUDGMENT

Today, **May 18, 2016** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Page Limits:
15 pages

Attachments:
A copy of the panel's opinion and judgment only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed.R.App.P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk


By: /s/ Tonya
Tonya, Case Manager
267-299-4938