UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-2859
_____

UNITED STATES OF AMERICA,

v.

ONE (1) PALMETTO STATE ARMORY PA-15 MACHINEGUN RECEIVER/FRAME,
UNKNOWN CALIBER SERIAL NUMBER: LW001804;
WATSON FAMILY GUN TRUST, Claimant,

(D.C. No. 15-cv-02202)

RYAN S. WATSON, Individually and as Trustee of the Watson Family Gun Trust,

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA; DIRECTOR BUREAU OF
ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

(D.C. No. 14-cv-06569)

      Ryan S. Watson, Individually and as Trustee of the Watson
      Family Gun Trust
                 Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. Nos. 2-15-cv-02202 and 2-14-cv-06569)
District Judge: Honorable Stewart Dalzell
_____

Before: McKEE, Chief Judge, AMBRO, FUENTES, SMITH, FISHER, CHAGARES,
JORDAN, HARDIMAN, GREENAWAY, Jr., VANASKIE, SHWARTZ,
KRAUSE, and RESTREPO Circuit Judges, and THOMPSON,* *District Judge*

---

* The Honorable Anne E. Thompson, District Judge for the United States Court for
District of New Jersey, sitting by designation voted as to panel rehearing only.

## SUR PETITION FOR REHEARING

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court *en banc*, is denied.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: June 21, 2016
tyw/cc: All counsel of record