UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-2859
_____

UNITED STATES OF AMERICA

v.

ONE (1) PALMETTO STATE ARMORY PA-15 MACHINEGUN RECEIVER/FRAME,
UNKNOWN CALIBER SERIAL NUMBER: LW001804;
WATSON FAMILY GUN TRUST, Claimant

(D.C. No. 15-cv-02202)

RYAN S. WATSON, Individually and as Trustee of the Watson Family Gun Trust

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA; DIRECTOR BUREAU OF
ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

(D.C. No. 14-cv-06569)

Ryan S. Watson, Individually and as Trustee of the Watson
Family Gun Trust,
         Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. Nos. 2-15-cv-02202 and 2-14-cv-06569)
District Judge: Honorable Stewart Dalzell
_____

Argued April 4, 2016

Before: AMBRO and KRAUSE, *Circuit Judges*, and THOMPSON,[*] *District Judge*

---

[*] The Honorable Anne E. Thompson, District Judge for the United States Court for District of New Jersey, sitting by designation.

_____

**JUDGMENT**
_____

This cause came on to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and was argued on April 4, 2016. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the District Court's judgment is hereby affirmed. Costs taxed against appellant. All of the above in accordance with the opinion of this Court.

                ATTEST:

                s/ Marcia M. Waldron
                  Clerk

DATED:    May 18, 2016

Certified as a true copy and issued in lieu of a formal mandate on June 29, 2016

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**