OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 29, 2016

Mr. Michael Kunz
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: USA, et al v. One Palmetto State Armory PA 1, et al
Case Number: 15-2859
District Case Number: 2-15-cv-02202
District Case Number: 2-14-cv-06569

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: /s/ Tonya

Tonya, Case Manager
267-299-4938

cc:

Alan A. Beck
Jordan Eth
James R McGuire
Patrick Nemeroff
Robert J. Olson
Michael S. Raab
Adam M. Regoli
Stephen D. Stamboulieh